**Fill in this information to identify your case:**

Debtor 1: Sherry R Sims

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: Northern District of Texas

Case number (if know): 21-30467-mvl

☒ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
- ☐ Married
- ☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
- ☐ No
- ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 132 Brookstone<br>Waxahachie TX 75165 | From 8/13/2018<br>To 7/31/2019 | | From ___<br>To ___ |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 702 Azalia Trail<br>Waxahachie TX 75165 | From 01/01/2018<br>To 08/13/2018 | | From ___<br>To ___ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
- ☒ No
- ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |

Debtor  Sherry R Sims    Case number (if known) 21-30467-mvl
        First Name  Middle Name  Last Name

|  | | | | |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 8,125.00 | ☐ Wages, commissions, bonuses, tips | $ ____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2020) | ☐ Wages, commissions, bonuses, tips | $ 12,400.00 | ☐ Wages, commissions, bonuses, tips | $ ____ |
| | ☑ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2019) | ☐ Wages, commissions, bonuses, tips | $ 575,898.00 | ☐ Wages, commissions, bonuses, tips | $ ____ |
| | ☑ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

### Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and
the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

### Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title:** Martin John Stevens vs Jury Trial Demand Alan J Hanke, Iolo Gloval LLC Guarantee Investment Trust, Sherry Sims Sidney Mills, Amy Roy-Haeger & John Does<br>**Case number:** 1:20 cv08181 |  | United States District Court Southern District of New York<br>Court Name<br>500 Pearl St - Ste 400<br>Number  Street<br>New York  NY  10007<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** Jospeh Greco vs, Subgallagher Investment<br>**Case number:** 2:19-cv-02922-TJS |  | United States District Court Eastern District of<br>Court Name<br>Pennsylvania<br>900 Market St - Ste 400<br>Number  Street<br>Philadelphia  PA  19107<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** United States District Court Southern Division of New York vs. Jury Trial Demand, Alan, J.Hanke, Iolo Gloval LLC, Guarantee Investment Trust, Sherry Sims, Sidney Mills Rogers, Amy - Roy Haegar and John Does 1-100<br>**Case number:** 1:20-cv-08181 |  | United States District Court Southern District of New York<br>Court Name<br>500 Pearl St - Ste 400<br>Number  Street<br>New York  NY  10007<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** Davis Simmons Trust & Judy Jan Davis vs VC RTL Holdings, LLC Russell Allen Laird & Sherry Rebekka Sims<br>**Case number:** 49510 Judy Jan |  | District Court 33rd Judicial District of Burnet County Texs<br>Court Name<br>350 McAllister St - Room 1295<br>Number  Street<br>San Francisco  CA  94102<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** Mohammed Thani A.T.AL Thani vs Alan J. Hanke, Iolo Gloval LLC<br>**Case number:** 20-cv-4765 (JCP) |  | United States District Court Southern District of New York<br>Court Name<br>500 Pearl St - Ste 400<br>Number  Street<br>New York  NY  10007<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** Sulfco, LLC vs Subgallagher Investment Trust<br>**Case number:** |  | United States District Court for Southern District of<br>Court Name<br>Georgia Savannah Division<br>Number  Street<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title:** Las Vegas Paving Corporation vs All Net Development et.al<br>**Case number:** A-18-771361-C |  | District Court Clark County, Nevada<br>Court Name<br>Number  Street<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  Sherry R Sims    Case number (if known) 21-30467-mvl
        First Name  Middle Name  Last Name

Case title: United States District Court Middle District of Florida Fort Myers vs. Alan Hanke et al.
Case number: _____

Court Name: United States District Court Middle District Florida Fort Myers Division

Number  Street
City  State  ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| First Baptist Church — Charity's Name<br>450 E US 287 — Number Street<br>Waxahachie  TX  75165 — City State ZIP Code | 2019 and 2020 church contributions | 01/01/2020<br>01/2019 | $ 1,781.00<br>$ 34,716.00 |

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
☑ No
☐ Yes. Fill in the details.

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
☑ No
☐ Yes. Fill in the details.

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

    | | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    |---|---|---|---|
    | Joe Soene & Jennie Soene<br>Person Who Received Transfer<br>Rutherford Crossings<br>Number   Street<br>Waxahachie  TX    75165<br>City         State    ZIP Code<br>Person's relationship to you  church friend | 10/18/2020, $16,053.92 | 2016 Cadillac SRX -car - paid off Alley Bank | 10/18/2020 |
    | Joshua Christopher & Mollie Bilbrey<br>Person Who Received Transfer<br>109 Traveller<br>Number   Street<br>Waxahachie  TX    75165<br>City         State    ZIP Code<br>Person's relationship to you  _____ | Deed transfer, $568,000.00 | Paid off Shell point Mtg.. Seller did not make any money on sale of property | 04/03/2020 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

    ☒ No
    ☐ Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ☒ Yes. Fill in the details.

    | | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | New York Life Insurance and Annuity<br>Name of Financial Institution<br><br>Number   Street<br><br>City    State    ZIP Code | XXXX– 9 4 6 3 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other  Life Insurance | 07/10/2020 | $ 0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☒ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

    ☒ No
    ☐ Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
    - ☒ No
    - ☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
    - ☒ No
    - ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**
    - ☒ No
    - ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
    - ☒ No
    - ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
    - ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    - ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    - ☐ A partner in a partnership
    - ☐ An officer, director, or managing executive of a corporation
    - ☒ An owner of at least 5% of the voting or equity securities of a corporation
    - ☐ No. None of the above applies. Go to Part 12.
    - ☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| SGIT LLC<br>PO Box 1830<br>Midlothian TX 76065 | Trust<br><br>Name of accountant or bookkeeper | EIN: 47-4400873<br>Dates business existed<br>From 11/22/2016  To Current |
| SubGallegher Investment Trust<br>PO Box 1830<br>Midlothian TX 76065 | Trust<br><br>Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From 07/14/2014  To 12/20/2020 |

Debtor __Sherry R Sims__  Case number *(if known)* 21-30467-mvl
    First Name   Middle Name   Last Name

| Business Name / Address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Guarantee Investment Trust<br>Business Name<br>PO Box 1830<br>Number  Street<br>Waxahachie  TX  75165<br>City  State  ZIP Code | bonding company<br><br>**Name of accountant or bookkeeper** | EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br>From    To<br>01/20/2019    Current |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- [✓] No. None of the above applies. Go to Part 12.
- [ ] Yes. Check all that apply above and fill in the details below for each business.

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ /s/ Sherry R Sims  
Signature of Debtor 1

✗  
Signature of Debtor 2

Date 05/21/2021

Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).